IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-375-WHA |
| | ) |
| WARDEN GARY COPES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the pleadings filed by the petitioner, and for good cause, it is

ORDERED that the petitioner be and is hereby GRANTED leave to proceed *in forma pauperis* in this cause of action.

Done this 4th day of May, 2007.


                    /s/ Susan Russ Walker
             SUSAN RUSS WALKER
             UNITED STATES MAGISTRATE JUDGE