**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert H. Shemwell, Clerk
United States District Court
1167 United States Court House
300 Fannin Street
Shreveport, LA 71101

2:07cv375-A transfer file

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kathy Keifer_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Kathy Keifer

C. Date of Delivery
6/7/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 7842

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540